**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**David VELEZ, a.k.a. Robert Rodriguez, a.k.a. Alex Rosa, Defendant–Appellant.**

No. 09–11674
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 16, 2009.

Sowmya Bharathi, Faith Mesnekoff, Kathleen M. Williams, Miami, FL, for Defendant–Appellant.

Laura Thomas Rivero, Anne R. Schultz, Kathleen M. Salyer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before BLACK, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

David Velez appeals his amended 235–month sentence, which the district court imposed after reducing his sentence under 18 U.S.C. § 3582(c)(2) and Amendment 706 to the sentencing guidelines. He contends that he should have been eligible for a variance below the low end of his amended guidelines range. That argument is foreclosed by our holding in *United States v. Melvin,* 556 F.3d 1190 (11th Cir.2009), *cert. denied,* —— U.S. ——, 129 S.Ct. 2382, 173 L.Ed.2d 1300 (2009).

Velez argues that *Melvin* was wrongly decided and violates his Sixth Amendment rights and the remedial purpose of *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). Regardless, we are bound by our prior panel precedent rule to follow *Melvin* until it is overruled by this Court sitting *en banc* or the Supreme Court. *See United States v. Jacqueline Brown,* 342 F.3d 1245, 1246 (11th Cir.2003). The district court properly determined that under *Melvin* it was not authorized to sentence Velez below the low end of his amended guideline range.

**AFFIRMED.**